

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00799-CV

**IN RE** Joey **HERNANDEZ**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori Massey Brissette, Justice
              Velia J. Meza, Justice

Delivered and Filed: January 21, 2026

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED WITHOUT PREJUDICE

Relator filed his petition for writ of habeas corpus and accompanying record on December 11, 2025. The filings failed to comply with Rules 9.4(j) and 9.9 of the Texas Rules of Appellate Procedure in that they are not text-searchable or bookmarked and they include sensitive data, specifically the name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.4(j) and 9.9. Pro se litigants are bound by the same procedural rules as represented ones. *See In re Martinez*, No. 04-17-00812-CV, 2017 WL 6502443, at *1 (Tex. App.—San Antonio Dec. 20, 2017, orig. proceeding); *see also Griffis v. State*, 441 S.W.3d 599, 612 (Tex. App.—San Antonio 2014, pet. ref'd). On December 17, 2025,

---

[1]This proceeding arises out of Cause No. 2016EM504786, styled *In the Interest of C.H., a Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.

we struck the non-compliant filings and ordered the relator to file a compliant petition and record no later than January 2, 2026. We advised relator that failure to comply with the order may result in dismissal without prejudice to refiling. Relator has not complied with our December 17, 2025 order.

The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE TO REFILING**. *See* TEX. R. APP. P. 42.3.

PER CURIAM